Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT

## COURT for the

Middle District of Florida

Fort Myers Division

Irvin E. Stanford III & Emily Stanford

Case No. 2:26-CV-1427 JES-DNF

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Department of the Treasury Internal Revenue Service Small Business and Self-Employed, Tyrone Moreland, and Kory L. Campbell

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Irvin E. Stanford III and Emily Stanford |
| Street Address | c/o 17502 Elkgrove Lane |
| City and County | Estero and Lee County |
| State and Zip Code | Florida-Territory [33928-6483] |
| Telephone Number | Irvin (815) 210-1553 and Emily (815) 258-5063 |
| E-mail Address | genestanford@yahoo.com and holisticwife@pm.me |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

Name — Department of the Treasury Internal Revenue Service Small Business and Self-Employed

Job or Title *(if known)* —

Street Address — 400 West Bay Street

City and County — Jacksonville and Duval

State and Zip Code — Florida 32202

Telephone Number — 904-665-1040

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Tyrone Moreland agent at Department of the Treasury Internal Reserve Service Small Business and Self-Employed

Job or Title *(if known)* — Employee ID 1000148118

Street Address — 400 West Bay Street

City and County — Jacksonville and Duval

State and Zip Code — Florida 32202

Telephone Number — 904-661-3281

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Kory L. Campbell agent at Department of the Treasury Internal Revenue Service Small Business and Self-Employed

Job or Title *(if known)* — Technical Services

Street Address — 400 West Bay Street

City and County — Jacksonville and Duval

State and Zip Code — Florida 32202

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

**A.      The Plaintiff(s)**

1.     If the plaintiff is an individual

The plaintiff, *(name)*      Irvin E. Stanford III & Emily Stanford                , is a citizen of the

State of *(name)*      Florida-Territory                                  .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*                                                           , is incorporated

under the laws of the State of *(name)*                                          .

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.      The Defendant(s)**

1.     If the defendant is an individual

The defendant, *(name)*     Tyrone Moreland and Kory L. Campbell are agents at Department of the Treasury Internal Revenue Service Small Business and Self-Employed               , is a citizen of

the State of *(name)*      Florida                                  . Or is a citizen of

*(foreign nation)*

2.     If the defendant is a corporation

The defendant, *(name)*     Department of the Treasury Internal Revenue Service Small Business and Self-Employed               , is incorporated under

the laws of the State of *(name)*      Florida                            , and has its

principal place of business in the State of *(name)*      Florida

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.      The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount that the defendants owe us is $4 Million USD. My wife and I paid defendants the taxes they seek at closing in 2021 and currently defendants are trying to get me to give them another $1.8M for the same taxes from 2021. The defendants owe us $4 Million plus punitive damages.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*     01/29/2026     , at *(place)*    Department of the Treasury Internal Revenue Service Small Business and Self-Employed    .

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

My wife and I sold our small businesses and at the closing the taxes had to be paid for the sale or the transaction would not have been completed. After the business paid the taxes for the sale, agents at the Department of the Treasury Internal Revenue Service Small Business and Self-Employed sent my wife and I a joint bill for the taxes of the sale. These agents were looking to make us pay twice. We paid the taxes at the closing and now these agents want us to pay the taxes for the sale of the business again in our individual capacity. The agents neglected to communicate and they ignored the debt validation letter to stop the over-payment.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
The acts of these agents working through the IRS entity are harming my family by taking more funding away from us as we work on building a different lifestyle. We were informed that the IRS placed a lien on us in Lee County Court without following the due process. The Department of the Treasury Internal Revenue Service employees communicated to my wife over the phone that they do not know who these agents Tyrone and Kory are. We are under the assumption that we are being scammed by IRS agents.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are asking the court to grant our relief of $4 Million plus punitive damages because the agents are aware that the sale tax were paid at the closing in 2021 tax year. These agents are trying to charge us multiple times for the same tax year 2021 business transaction. This error is willful and wanton conduct of these agents collecting kickbacks.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-29-26

Signature of Plaintiff    *Irvin-Eugene: Stanford III    Emily-Jean: Stanford*

Printed Name of Plaintiff    Irvin E. Stanford III and Emily Stanford

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    N/A

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address